Jeremy S. Golden (SBN 228007)
Cory M. Teed (SBN 299780)
Golden & Cardona-Loya, LLP
3130 Bonita Road, Suite 200B
Chula Vista, CA 91910
jeremy@goldencardona.com
Phone: 619-476-0030; Fax: 775-898-5471
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AGNES TER-ARUTUNYAN,<br><br>Plaintiff,<br><br>v.<br><br>COMENITY BANK; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No.: 2:20-cv-02947-MWF-AGR<br><br>**ORDER DISMISSING ACTION WITH PREJUDICE** |

Pursuant to the stipulation by and between Plaintiff Agnes Ter-Arutunyan and Defendant Comenity Bank, this Court hereby dismisses this action with prejudice. Each party to bear its own fees and costs. IT IS SO ORDERED.

DATE: April 2, 2021

_____
MICHAEL W. FITZGERALD
United States District Judge